IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

BRANDON LEE VINE,

      Petitioner,

v.                                        No. 19-cv-821-KG-GJF

DANIEL PETERS, et al,

      Respondents.

<u>FINAL JUDGMENT</u>

      Pursuant to Fed. R. Civ. P. 58(a), and consistent with the Order of Dismissal filed contemporaneously herewith, the Court issues its separate judgment finally disposing of this civil case.

      IT IS ORDERED, ADJUDGED, AND DECREED:

1. Petitioner's Petition Under 28 U.S.C. 2254 for a Writ of Habeas Corpus (Doc. 1) is DISMISSED.

2. The Clerk's office should close the above captioned case.

_____
UNITED STATES DISTRICT JUDGE